IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AHMAD AFZAAL, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. 3:19-cv-2241-N |
| | § |
| ONESOURCE VIRTUAL, INC., | § |
| | § |
| Defendant. | § |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Motion to Dismiss With Prejudice filed by the Parties. Having considered the Motion, the submissions of the Parties, and the other papers on file in this case, the Court finds the Motion should be, in all things, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims by Plaintiff Ahmad Afzaal against Defendant OneSource Virtual, Inc. in all things, are **DISMISSED WITH PREJUDICE TO REFILING SAME**, and with costs of suit and attorneys' fees taxed against the Party incurring the same.

SIGNED September 21, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE